FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 05 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02120-BNB

CONRAD ARCHULETA,

    Applicant,

v.

WARDEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant Conrad Archuleta is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. Mr. Archuleta initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In an order filed on November 5, 2008, by Magistrate Judge Boyd N. Boland, the Court directed Respondents to file a Pre-Answer Response (Pre-Answer) limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On November 25, 2008, Respondents filed a Pre-Answer. Mr. Archuleta did not file a Reply.

Upon review of the Pre-Answer, Magistrate Judge Boland entered an order on December 23, 2008, that directed Mr. Archuleta to show cause why the Application should not be denied for failure to exhaust state court remedies. In the December 23, 2008, Order, Mr. Archuleta was offered the opportunity to dismiss his unexhausted

claims and proceed with only his exhausted claims. Mr. Archuleta has not responded to the December 23, 2008, Order.

The Court must construe the Application liberally because Mr. Archuleta is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the Court will deny the Application and dismiss the action as a mixed petition.

Overall, Mr. Archuleta sets forth five claims in the Application. Magistrate Judge Boland found that Mr. Archuleta exhausted his state court remedies in Claims One and Two but did not exhaust his remedies in Claims Three through Five. Upon review of the Application and the Pre-Answer, the Court concurs that only Claims One and Two have been exhausted. The Court further notes, based on the findings in **Archuleta v. Milyard, et al.**, No. 08-cv-00652-ZLW (D. Colo. Jul. 24, 2008), Claims Three through Five are the subject of a postconviction motion Mr. Archuleta filed in the state trial court on September 16, 2008. Mr. Archuleta does not disagree that he has a postconviction motion pending in state court in which he has raised Claims Three through Five.

To pursue his claims in this Court ,Mr. Archuleta must have exhausted his state court remedies in all of the claims that he raises. **See Montez v. McKinna**, 208 F.3d 862, 866 (10th Cir. 2000). The exhaustion requirement is satisfied once the federal claim has been presented fairly to the state courts. **See Castille v. Peoples**, 489 U.S. 346, 351 (1989). Fair presentation requires that the federal issue be presented "to the highest state court, either by direct review of the conviction or in a postconviction

2

action." ***Dever v. Kansas State Penitentiary***, 36 F.3d 1531, 1534 (10th Cir. 1994). "The exhaustion requirement is not one to be overlooked lightly." ***Hernandez v. Starbuck***, 69 F.3d 1089, 1092 (10th Cir. 1995).

Because Mr. Archuleta has not exhausted all of the claims he has raised, the Court will deny the Application as a mixed petition. The Court will refrain from determining the merits of Mr. Archuleta's claims. Mr. Archuleta is reminded that the time the instant action was pending in this Court does not toll the time under 28 U.S.C. § 2244(d). ***See Duncan v. Walker***, 533 U.S. 167, 181-82 (2001). Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice as a mixed petition.

DATED at Denver, Colorado, this 5 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02120-BNB

Conrad Archuleta
Prisoner No. 128120
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

John J. Fuerst, III
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/5/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk